IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO BLACKWELL,

    Petitioner,                        No. CIV S-02-0821 FCD CMK P

    vs.

SILVA GARCIA, et al.,

    Respondents.                    <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file and serve objections to the June 3, 2005 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's July 28, 2005 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the June 3, 2005 findings and recommendations. No further extensions of time will be granted.

DATED: August 10, 2005.

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE