IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO BLACKWELL, | No. CIV S-02-0821-FCD-CMK |
| Petitioner, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| SILVIA GARCIA, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On June 3, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has not filed objections to the findings and recommendations, despite having been granted two extensions of time to do so.

/ / /

/ / /

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.
3 | Accordingly, IT IS HEREBY ORDERED that:
4 | 1. The findings and recommendations filed June 3, 2005, are adopted in full;
5 | 2. Petitioner's petition for a writ of habeas corpus is denied; and
6 | 3. The Clerk of the Court is directed to enter judgment and close this file.
7 | DATED: September 26, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge